
Employment & Labor Law Solutions Worldwide

**Littler Mendelson, P.C.**
One Newark Center
8th Floor
Newark, NJ  07102

Amber M. Spataro
973.848.4745 direct
973.848.4700 main
973.556.1343 fax
aspataro@littler.com

December 1, 2016

**VIA ECF AND FACSIMILE [973-645-3097]**

Hon. Mark Falk, U.S.M.J.
United States Magistrate Judge
US Post Office & Courthouse
1 Federal Square, Room 457
Newark, New Jersey 07101-0999

Re:   *State of New Jersey, ex rel. Santiago, Sr. v. Haig's Service Corp.*
      Civil Case No. 2:12-cv-04797 (WMJ) (MF)

Dear Magistrate Judge Falk:

As you know, this firm represents Defendants Haig Service Corporation, Richard D. Haig, Jr., James O'Neal, and Christopher Bernard (collectively referenced as "Defendants"), in the above-referenced action.

I write on behalf of the Parties to advise the Court that the Parties have settled the above action and are currently working out the language for the written settlement agreement.

Please kindly enter a 60-day Order dismissing the case in its entirety, without prejudice.

Thank you for your Honor's courtesies in this matter.  Please feel free to contact me with any questions or concerns.

Respectfully submitted,

*/s/ Amber M. Spataro*
Amber M. Spataro

cc:   All Attorneys of Record (via ECF)

Firmwide:144229315.1 060197.1001

littler.com